IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAVID MESSIAN, et al.,** <br> Plaintiffs, <br> v. <br> **COUNTY OF LOS ANGELES, et al.,** <br> Defendants. | Case No. CV 11-1713 DSF (FFMx) <br><br> **[PROPOSED] PROTECTIVE ORDER** <br><br> **Note Changes Made by Court.** |

    The Court having reviewed the accompanying stipulation and request of the parties for issuance of a protective order pursuant to the Federal Rules of Civil Procedure and Local Rule 79-5.4, finds that good cause appears therefore.

    Discovery responses, whether formal or informal, designated without objection to be for "Attorneys' Eyes Only" within the scope of this order (1) will be for "Attorneys' Eyes Only," and will not be disclosed or disseminated to any other persons, parties or entities, with the exception of counsels' staff, experts or clients; (2) will be used solely in conjunction with this case, and no copies shall be made except for submission to the Court or other parties; and (3) at the conclusion of this matter, all copies of documents or other discovery responses or items shall be

| | |
|---|---|
| 1 | destroyed or returned to the California Department of Corrections and |
| 2 | Rehabilitation. |
| 3 | The parties shall 21 days from the production of documents or items |
| 4 | designated "Attorneys' Eyes Only" to object to such designation. In the event a |
| 5 | party objects to the designation "Attorneys' Eyes Only," the party designating shall |
| 6 | bear the burden of proof to establish that such documents or items are within the |
| 7 | scope of this order, and may seek the Court's in camera review of such documents |
| 8 | or items before being required to remove such designation. |
| 9 | **Notwithstanding the foregoing, nothing herein shall be construed as** |
| 10 | **limiting the obligations of any party to comply with lawfully issued subpoena** |
| 11 | **or other court process, absent an order by the issuing court to the contrary.** |
| 12 | **(FFM)** |
| 13 | IT IS SO ORDERED. |

Dated: June 21, 2011

/S/ FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge

LA2011501383
10713295.doc