UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVID MESSIAN, et al., ) | Case No.: CV 11-1713 DSF (FFMx) |
|     Plaintiffs, ) | |
| vs. ) | JUDGMENT |
| COUNTY OF LOS ANGELES, et al., ) | |
|     Defendants. ) | |

The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having granted summary judgment in favor of Defendants J. Beber, A. O'Brien, L. Becker, J. Swearengin, and A. Youssef, having granted a motion for judgment on the pleadings in favor of Defendant Steve Trevino, and having dismissed all other Defendants by stipulation of the parties,

IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed with prejudice, and that Defendants J. Beber, A. O'Brien, L. Becker, J. Swearengin, A. Youssef, and Steve Trevino recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 3/25/13

_____
Dale S. Fischer
United States District Judge